# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF | § <br> § <br> § <br> § <br> §     Case No. 6:20-mc-9-JDK <br> § |
| JASON LEE VAN DYKE | |

## ORDER TO RESPOND

Before the Court is Jason Lee Van Dyke's Motion to Modify Reciprocal Discipline Order (Docket No. 2). To better assess Mr. Van Dyke's request, the Court hereby **ORDERS** Mr. Van Dyke to file a notice with the Court on or before **June 18, 2020**, with the following information:

1. A copy of all disciplinary actions[1] against Mr. Van Dyke that have caused him to lose the right to practice law before any state or federal court, either permanently or temporarily, and entered at any time after he was first admitted to practice in the Eastern District of Texas;

2. The date Mr. Van Dyke disclosed each such disciplinary action to the Eastern District of Texas Clerk of Court pursuant to Local Rule AT-2(b)(4); and

3. For each disciplinary action Mr. Van Dyke failed to promptly disclose to the Eastern District of Texas Clerk of Court, a brief explanation for his failure to timely disclose.

So **ORDERED** and **SIGNED** this **4th**   day of  **June, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

---

[1] "Disciplinary action" includes, but is not limited to, the circumstances set forth in Local Rule AT-2(b)(1).