| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>ORIGINAL PROCEEDING IN DISCIPLINE BEFORE<br>THE OFFICE OF THE PRESIDING DISCIPLINARY JUDGE<br>1300 BROADWAY, SUITE 250<br>DENVER, CO 80203 | |
| **Complainant:**<br>THE PEOPLE OF THE STATE OF COLORADO | Case Number:<br>**20PDJ026** |
| **Respondent:**<br>JASON LEE VAN DYKE, #47445 | |
| **ORDER APPROVING CONDITIONAL ADMISSION OF MISCONDUCT<br>AND IMPOSING SANCTIONS UNDER C.R.C.P. 251.22** | |

Before the Presiding Disciplinary Judge ("the Court") in this reciprocal discipline matter is a "Stipulation, Agreement and Affidavit Containing the Respondent's Conditional Admission of Misconduct" filed by Jacob M. Vos, Office of Attorney Regulation Counsel ("the People"), and Jason Lee Van Dyke ("Respondent") on May 14, 2020. In their stipulation, the parties waive their right to a hearing under C.R.C.P. 251.22(c).

Upon review of the stipulation, the Court **ORDERS**:

1. The stipulation is **APPROVED**.

2. **JASON LEE VAN DYKE**, attorney registration number **47445**, is **SUSPENDED** from the practice of law for a period of **EIGHTEEN MONTHS, WITH SIX MONTHS TO BE SERVED AND TWELVE MONTHS TO BE STAYED** upon the successful completion of a **ONE-YEAR** period of **PROBATION**, subject to the conditions set forth in paragraphs 18 and 19 of the stipulation.

3. Respondent engaged in conduct constituting grounds for reciprocal discipline under C.R.C.P. 251.21.

4. Respondent **SHALL** promptly comply with C.R.C.P. 251.28(a)-(c), concerning winding up of affairs, notice to parties in pending matters, and notice to parties in litigation.

5. No later than fourteen days after the effective date of the suspension, Respondent **SHALL** comply with C.R.C.P. 251.28(d), requiring an attorney to file an affidavit with the Court setting forth pending matters and attesting, *inter alia*, to notification of clients and of other jurisdictions where the attorney is licensed.

6. Should Respondent wish to resume the practice of law after his suspension, he must submit to the People, within twenty-eight days before the expiration of the period of suspension, an affidavit complying with C.R.C.P. 251.29(b).

7. If, during the period of probation, the People receive information that any probationary condition may have been violated, the People may file a motion under C.R.C.P. 251.7(e) specifying the alleged violation and seeking an order that requires Respondent to show cause why the stay should not be lifted and the sanction activated. Under C.R.C.P. 251.7(e), the filing of such a motion tolls any period of suspension or probation until final action. When the alleged violation in a revocation hearing is a respondent's failure to pay restitution or costs, evidence of failure to pay constitutes *prima facie* evidence of a violation.

8. Per C.R.C.P. 251.7(f), no more than twenty-eight days and no fewer than fourteen days before the period of probation expires, Respondent shall file an affidavit with the People attesting to compliance with all terms of probation and shall file with the Court notice and a copy of such affidavit and application for an order terminating probation. Upon receipt of this notice and absent objection from the People, the Court will issue an order terminating probation, to take effect on the date the period of probation expires.

9. Under C.R.C.P. 251.32, Respondent shall pay costs incurred in conjunction with this matter in the amount of $224.00 within thirty-five days of the date of this order. Costs are payable to the Colorado Supreme Court Attorney Regulation Office. Statutory interest shall accrue from thirty-five days after the date of this order. Should Respondent fail to pay the aforementioned costs within thirty-five days, Respondent will be responsible for all additional costs and expenses, including reasonable attorney's fees, incurred by the People in collecting the above-stated amount. The People may seek to amend the amount of the judgment for additional costs and expenses by providing a motion and bill of costs to the Court.

**THIS ORDER IS ENTERED THE 15th DAY OF MAY, 2020. THE EFFECTIVE DATE OF THE SUSPENSION IS THE 19TH DAY OF JUNE, 2020.**

WILLIAM R. LUCERO
PRESIDING DISCIPLINARY JUDGE

**Respondent**
Jason Lee Van Dyke
P.O. Box 2618
Decatur, TX 76234
jasonleevandyke@gmail.com          **Via Email**

**Office of Attorney Regulation Counsel**
Jacob M. Vos
1300 Broadway, Suite 500
Denver, CO 80203
j.vos@csc.state.co.us               **Via Email**

**American Bar Association**
c/o Kevin Hanks
Office of Attorney Regulation Counsel
1300 Broadway, Suite 500
Denver, CO 80203
k.hanks@csc.state.co.us             **Via Email**

**Board of Continuing Legal Education and Colorado Attorney Registration**
Jacqueline Patterson
Office of Attorney Registration
1300 Broadway, Suite 510
Denver, CO 80203
j.patterson@csc.state.co.us         **Via Email**

**Colorado Bar Association**
Amy Larson, Executive Director
1900 Grant Street, Suite 950
Denver, CO 80203-4309
alarson@cobar.org                   **Via Email**

**Colorado Supreme Court**
Cheryl Stevens
2 East 14th Avenue
Denver, CO 80203
cheryl.stevens@judicial.state.co.us
heather.petercarroll@judicial.state.co.us
liz.cunningham@judicial.state.co.us **Via Email**

**IRS, Office of Professional Responsibility**
Kathy Gibbs
SE: OPR, 1111, Constitutional Ave., N.W.
Washington, DC 20224
kathy.a.gibbs@irs.gov               **Via Email**

**Martindale-Hubbell**
Attn: Editorial Dept.
121 Chanlon Road, Suite 110
New Providence, NJ 07974
disciplinaryaction@lexisnexis.com   **Via Email**

**Supreme Court of the United States**
Perry Thompson, Admissions Office
1 First Street Northeast
Washington, D.C. 20543
pthompson@supremecourt.gov
ptadmit@supremecourt.gov            **Via Email**

**United States Bankruptcy Court**
Laura Guice
721 19th Street, Room 117
Denver, CO 80202-2508
laura_guice@cob.uscourts.gov
cobml_training@cob.uscourts.gov     **Via Email**

**United States Court of Appeals for the Tenth Circuit**
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257
disciplinaryorders@ca10.uscourts.gov **Via Email**

**United States District Court, District of Colorado**
Alfred A. Arraj U.S. Courthouse
Mark Fredrickson, Atty Services Coordinator
901 19th Street, Room A-105
Denver, CO 80294-3589
mark_fredrickson@cod.uscourts.gov
edward_butler@cod.uscourts.gov      **Via Email**

**United States Department of Justice, Executive Office for Immigration Review**
*Office of the General Counsel*
Allison Minor, Disciplinary Counsel
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041
lea.minor@usdoj.gov                 **Via Email**

**United States Department of Justice, Trustee's Office**
Gregory Garvin, Assistant U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202
gregory.garvin@usdoj.gov            **Via Email**