

SUPREME COURT OF GEORGIA
Case No. S20Y0631

May 28, 2020

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

IN THE MATTER OF JASON LEE VAN DYKE.

This matter is now before the Court on the report and recommendation of the special master and the petition of respondent Jason Lee Van Dyke for voluntary discipline. The Court hereby directs the respondent and the State Bar of Georgia to provide further information to the Court, apprising the Court of (1) whether the respondent currently is under community supervision in Texas, and if so, the status of his community supervision and the date on which it will end; (2) whether the respondent has filed any further proceedings with respect to his plea, deferred adjudication, or community supervision (including, but not limited to, any motion to terminate his community supervision, appeal, or petition for a writ of habeas corpus), and if so, the status of such proceedings; and (3) whether the State Bar of Texas (or any other court or disciplinary authority) has commenced disciplinary proceedings against the respondent based on his plea or the conduct from which his plea arose, and if so, the status of such proceedings and the actual or anticipated date on which those proceedings were or are expected to be concluded. The respondent and State Bar each should apprise the Court of these matters in the form of a letter to the Clerk, to be filed no later than Friday, June 26, 2020.

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Therese S. Barnes*, Clerk