UNITED STATES DISTRICT COUR
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re Jason Lee Van Dyke | § § § | No. 3:19-MC-018-B |

### ORDER

Attorney Jason Lee Van Dyke ("Counsel") was suspended from the practice of law pursuant to an Agreed Judgment of Partially Probated Suspension that he entered into with the Texas Commission for Lawyer Discipline ("Agreed Judgment"). *See* ECF No. 1-1. Under the terms of the Agreed Judgment, Counsel is actively suspended from March 1, 2019 to May 31, 2019. If Counsel complies with certain terms and conditions, the active suspension is followed by a nine-month period of probated suspension, ending February 29, 2020. During the period of active suspension, Counsel agreed not to practice law in Texas, hold himself out as an attorney at law, perform legal services for others, accept fees for legal services, or appear as counsel in any Texas or federal court. *Id.*

This proceeding concerns the reciprocal loss of Counsel's membership on the bar of this court under Local Criminal Rule 57.8(a) and (h). Under the rule, a member of the bar of this court is subject to suspension or disbarment if "for any reason other than nonpayment of dues, failure to meet continuing legal education requirements, or voluntary resignation unrelated to a disciplinary proceeding or problem," the attorney loses the right to practice law before (1) the courts of the State of Texas, (2) the highest court of any other state or the District of Columbia, or (3) any federal court. *See* Local Rule 57.8(a)(1). Counsel does not contest that he has temporarily lost his right to practice before the courts of the State of Texas and is subject to reciprocal discipline by

this court. Counsel opposes reciprocal discipline on the grounds that (1) there is such an infirmity of proof establishing the misconduct as to give rise to the clear conviction that the court could not, consistent with its duty, accept as final the conclusion on that subject, and (2) the discipline imposed would result in grave injustice or be offensive to the public policy of the jurisdiction. *See* ECF No. 4.

Court records show that counsel has no active cases before the court, however, and that the last case in which Counsel made an appearance was disposed of in 2014. Under these continuing circumstances, the undersigned will stay this proceeding until after the period of active suspension has concluded, after which Counsel may move to reopen this disciplinary proceeding by filing the appropriate motion. During the period of stay, Counsel's membership status on the bar of this court will remain unchanged.

This case is **STAYED** until further order of the court.

**SO ORDERED.**

**Signed** this 1st day of April, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE