UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
§
JASON LEE VAN DYKE §
    Respondent § CASE NO. 6:20-mc-9-JDK
v. §
§
§

## FIRST SUPPLEMENT TO RESPONSE TO ORDER TO RESPOND

COMES NOW, Respondent, Jason Lee Van Dyke, and files this first supplement to his response to this Court's order to respond entered on June 4, 2020.

1. On June 4, 2020, this Court ordered Respondent to tender a copy of all disciplinary actions that have caused him to lose his right to practice law before any state or federal court, temporarily or permanently, and entered at any time since he was first admitted to practice before the Eastern District of Texas.

2. Respondent tendered a full response to this Court the same day.

3. Since that time, Respondent received the order from the U.S. District Court for the Northern District of Texas which is attached hereto as Exhibit "1". Respondent has filed a response with the U.S District Court for the Northern District of Texas consenting to reciprocal discipline that is exactly the same as that imposed by the State Bar of Texas and asking that such discipline be imposed forthwith. Respondent simultaneous tendered the court with a copy of the reciprocal discipline order from Colorado, which becomes effective June 19, 2020. Respondent has waived his additional time to respond to the show cause order.

4. Respondent will tender to the Clerk, and to this Court, a copy of any final order entered by the U.S. District Court for the Northern District of Texas promptly after he receives it from the Court. However, as this Court has ordered him to make as full a disclosure as possible, Respondent determined it prudent to inform the Court of the pending reciprocal discipline immediately.

> Respectfully submitted,
>
> /s/ Jason Lee Van Dyke
> Jason L. Van Dyke
> PO Box 2618
> Decatur, TX 76234
> P – (940) 305-9242
> Email:  jasonleevandyke@protonmail.com