Jason Van Dyke
PO Box 2618
Decatur, TX 76234

**RECEIVED**

JUN 1 5 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

June 12, 2020

Clerk of the Court
Paul Brown Courthouse
101 E. Pecan St.
Sherman, TX 75090

Re:   Discipline Notice

Dear Sir or Madame Clerk:

In obedience to the local rules, please find enclosed copies of reciprocal discipline imposed by other courts against me. This discipline is for the same matter for which the State Bar of Texas disciplined me on or around 5/1/2020 and which was already reported to your office as required on or around that date. However, the local rules appear to require my reporting of this discipline as well.

Very truly yours,

Jason L. Van Dyke

|  |  |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>ORIGINAL PROCEEDING IN DISCIPLINE BEFORE<br>THE OFFICE OF THE PRESIDING DISCIPLINARY JUDGE<br>1300 BROADWAY, SUITE 250<br>DENVER, CO 80203 |  |
| **Complainant:**<br>THE PEOPLE OF THE STATE OF COLORADO | Case Number:<br>**20PDJ026** |
| **Respondent:**<br>JASON LEE VAN DYKE, #47445 |  |
| **ORDER APPROVING CONDITIONAL ADMISSION OF MISCONDUCT<br>AND IMPOSING SANCTIONS UNDER C.R.C.P. 251.22** | |

Before the Presiding Disciplinary Judge ("the Court") in this reciprocal discipline matter is a "Stipulation, Agreement and Affidavit Containing the Respondent's Conditional Admission of Misconduct" filed by Jacob M. Vos, Office of Attorney Regulation Counsel ("the People"), and Jason Lee Van Dyke ("Respondent") on May 14, 2020. In their stipulation, the parties waive their right to a hearing under C.R.C.P. 251.22(c).

Upon review of the stipulation, the Court **ORDERS**:

1. The stipulation is **APPROVED**.

2. **JASON LEE VAN DYKE**, attorney registration number **47445**, is **SUSPENDED** from the practice of law for a period of **EIGHTEEN MONTHS, WITH SIX MONTHS TO BE SERVED AND TWELVE MONTHS TO BE STAYED** upon the successful completion of a **ONE-YEAR** period of **PROBATION**, subject to the conditions set forth in paragraphs 18 and 19 of the stipulation.

3. Respondent engaged in conduct constituting grounds for reciprocal discipline under C.R.C.P. 251.21.

4. Respondent **SHALL** promptly comply with C.R.C.P. 251.28(a)-(c), concerning winding up of affairs, notice to parties in pending matters, and notice to parties in litigation.

5. No later than fourteen days after the effective date of the suspension, Respondent **SHALL** comply with C.R.C.P. 251.28(d), requiring an attorney to file an affidavit with the Court setting forth pending matters and attesting, *inter alia*, to notification of clients and of other jurisdictions where the attorney is licensed.

**Respondent**
Jason Lee Van Dyke
P.O. Box 2618
Decatur, TX 76234
jasonleevandyke@gmail.com        **Via Email**

**Office of Attorney Regulation Counsel**
Jacob M. Vos
1300 Broadway, Suite 500
Denver, CO 80203
j.vos@csc.state.co.us            **Via Email**

**American Bar Association**
c/o Kevin Hanks
Office of Attorney Regulation Counsel
1300 Broadway, Suite 500
Denver, CO 80203
k.hanks@csc.state.co.us          **Via Email**

**Board of Continuing Legal Education and Colorado Attorney Registration**
Jacqueline Patterson
Office of Attorney Registration
1300 Broadway, Suite 510
Denver, CO 80203
j.patterson@csc.state.co.us      **Via Email**

**Colorado Bar Association**
Amy Larson, Executive Director
1900 Grant Street, Suite 950
Denver, CO 80203-4309
alarson@cobar.org                **Via Email**

**Colorado Supreme Court**
Cheryl Stevens
2 East 14th Avenue
Denver, CO 80203
cheryl.stevens@judicial.state.co.us
heather.petercarroll@judicial.state.co.us
liz.cunningham@judicial.state.co.us   **Via Email**

**IRS, Office of Professional Responsibility**
Kathy Gibbs
SE: OPR, 1111, Constitutional Ave., N.W.
Washington, DC 20224
kathy.a.gibbs@irs.gov            **Via Email**

**Martindale-Hubbell**
Attn: Editorial Dept.
121 Chanlon Road, Suite 110
New Providence, NJ 07974
disciplinaryaction@lexisnexis.com   **Via Email**

**Supreme Court of the United States**
Perry Thompson, Admissions Office
1 First Street Northeast
Washington, D.C. 20543
pthompson@supremecourt.gov
ptadmit@supremecourt.gov         **Via Email**

**United States Bankruptcy Court**
Laura Guice
721 19th Street, Room 117
Denver, CO 80202-2508
laura_guice@cob.uscourts.gov
cobml_training@cob.uscourts.gov   **Via Email**

**United States Court of Appeals for the Tenth Circuit**
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257
disciplinaryorders@ca10.uscourts.gov   **Via Email**

**United States District Court, District of Colorado**
Alfred A. Arraj U.S. Courthouse
Mark Fredrickson, Atty Services Coordinator
901 19th Street, Room A-105
Denver, CO 80294-3589
mark_fredrickson@cod.uscourts.gov
edward_butler@cod.uscourts.gov   **Via Email**

**United States Department of Justice, Executive Office for Immigration Review**
*Office of the General Counsel*
Allison Minor, Disciplinary Counsel
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041
lea.minor@usdoj.gov              **Via Email**

**United States Department of Justice, Trustee's Office**
Gregory Garvin, Assistant U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202
gregory.garvin@usdoj.gov         **Via Email**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

To:  A Member of the Bar of the Northern District of Texas Who May be Subject to Disciplinary Action

### Notice of Intent to Impose Reciprocal Discipline and Standing Order for Counsel to Show Cause

A summary or copy of a sanction imposed against you is attached to this order. Reciprocal discipline will be imposed in this court under LR 83.8(a) and (h) and LCrR 57.8(a) and (h) unless you show cause within **14 days** of the date of this order why such penalty should not be imposed. If you are a registered user of the Electronic Case Files (ECF) system in this court, the clerk will serve this order electronically, and you may use ECF to file your response electronically in the case number shown at the top of this order.

If you do not file a response within the time allowed, or if you respond but do not oppose reciprocal discipline, the clerk is directed to impose the same sanction in this court, which will run concurrently with the sanction shown in the attachment, and, if applicable, to disable your ECF user account. If the sanction imposed was a suspension and you wish to seek reinstatement following the suspension, the clerk is authorized to reinstate you to the bar of this court and to reactivate your ECF user account if you file a request for reinstatement in this case, along with a valid Certificate of Good Standing issued by the highest court of any state or the District of Columbia and a declaration, signed and sworn under penalty of perjury, that no attorney disciplinary matter is pending against you.

**SO ORDERED.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE