

Judge Jeremy Kernodle
United States Courthouse
221 W. Ferguson, 1st floor
Tyler, TX 75702

June 16, 2020

Re:  In re: Jason Lee Van Dyke
     Case No. 6:20-mc-00009

Dear Judge Kernodle,

    I request that a copy of this letter be placed in the Court's file for this case.

    I wish to complain about the June 12, 2020, disciplinary order you signed in this case, and I ask that you please reconsider your decision. As a victim of the crimes committed by Van Dyke, I think you need to punish him more, not less!!

    Furthermore, Van Dyke totally lied to you about the status of his state bar discipline. Specifically, in Doc #4, in the last sentence of paragraph #3, Van Dyke states: *Furthermore, Respondent has fully complied with the provisions of Exhibit "1" prohibiting him from practice in both state and federal courts during the term of suspension.* **THIS IS A TOTAL LIE!!!**

    As you will recall, Exhibit 1 was Van Dyke's 2019 state bar suspension from when he made a whole bunch of threats of violence and threatened to murder me and my family on account of a grievance I filed against him. In that disciplinary judgment, Van Dyke was ordered to pay

$7,500 in restitution / attorney fees that he owed. But he has never paid this money; thus, he has not "fully complied with the provisions" of this disciplinary judgment.

FYI – Based on new complaints that I have filed, the State Bar of Texas – Board of Disciplinary Appeals has ruled that Van Dyke has committed yet more acts of misconduct – acts which he has never bothered to tell you about, right?

Attached is a June 11, 2020, decision from the Texas Board of Disciplinary Appeals, which was appointed by the Supreme Court of Texas to decide a disciplinary complaint that I filed against Van Dyke with the State Bar of Texas. Case # 64383 is regarding Grievance # 202002182, which alleges:

> *On June 4, 2019, Van Dyke made a false criminal charge against me with the Wise County Sheriff's Office solely to gain advantage in connection with a civil matter and so as to retaliate against me for being a witness in these state bar disciplinary proceedings and for filing grievances against him. As you can see from the attached police report, Van Dyke makes the accusation that I am "harassing him" by "filing false reports with the state bar." This conduct by Van Dyke is IDENTICAL to that for which you guys disciplined him last year in Case 201706276 involving Dr. Ryan Daniel, D.D.S. in which Van Dyke was placed on 12 months' probation on December 28, 2018.*

Obviously, Van Dyke has not learned his lesson the first time around. The Board of Disciplinary Appeals has found that there is just cause to proceed with a disciplinary investigation against Van Dyke by finding his

conduct to be a violation of Texas Disciplinary Rules of Professional Conduct, Rules 4.04(b) and 8.04(a)(3).

Also attached is a second June 11, 2020, decision from the Texas Board of Disciplinary Appeals, which was appointed by the Supreme Court of Texas to decide a disciplinary complaint that I filed with the State Bar of Texas. Case # 64377 is regarding Grievance # 202001580, which alleges:

> *In State Bar Disciplinary Case # 201707583, Van Dyke was ordered: Respondent shall pay all reasonable and necessary attorney's fees and direct expenses to the State Bar of Texas in the amount of Seven Thousand Five Hundred and No/100 Dollars ($7,500.00). The payment shall be due and payable on or before May 31, 2019, and shall be made by certified or cashier's check or money order made payable to the State Bar of Texas. Van Dyke never made the required payment by May 31, 2019. In fact, he has yet to pay any of this money at all. State Bar rules require attorneys to pay all of their financial obligations and to obey the agreed judgments from the disciplinary commission.*

The Board of Disciplinary Appeals found that there is just cause to proceed with a disciplinary investigation against Van Dyke by finding his conduct to be a violation of Texas Disciplinary Rules of Professional Conduct, Rules(s) 8.04 (a)(2) and 8.04 (a)(7). This supports my claim that Van Dyke knowingly lied to you in his response by falsely claiming that he has "fully complied" with the 2019 suspension judgment.

Judge Kernodle, Van Dyke is a piece of human garbage who has absolutely no business being able to practice law anywhere on the planet.

Myself and the State Bar of Texas have done our part, now it is time to do yours.

You have personal knowledge of the fact that Van Dyke is the leader of a violent white supremacist gang called the *Proud Boys*, and you also know that the Dallas FBI office recently revealed that they have an audio recording made by an informant in which Van Dyke and several members of his *Proud Boys* street gang are plotting the assassination of myself, a lawyer that is representing me in a $100 million lawsuit Van Dyke filed against me, along with a local city councilwoman, a state bar prosecutor, and several other individuals. So far, at least 21 individuals have been identified as being involved in this assassination plot. One of whom is a guy named Joshua Conklin, who is a member of the Dallas Police Department. The other is a man named James A. McGibney, who works for Rosendin Electric in Pflugerville, Texas, and who runs a revenge pornography website out of his house in Round Rock that is involved with the sexual blackmail of young girls!

Your office dropped the ball the first time around, in February of 2019, when it failed to discipline Van Dyke then and ban him. It was only because I brought this matter to your personal attention that you even knew about this recent discipline.

You can do better, Judge Kernodle. Your family, your community demands it.

I thank you for your time and most kind consideration.

Best regards,

*Tom*

---

Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424
ph# 210-317-9800
Retzlaff@texas.net

Cc

Jason Lee Van Dyke
via e-Filing system