CHAIR
KATHY KINSER

VICE CHAIR
DAVID M. GONZALEZ

MEMBERS
JESSICA Z. BARGER
GUY D. CHOATE
JOSEPH F. CLEVELAND, JR.
MIKE GREGORY
MICHAEL C. GROSS
KELLI M. HINSON
JOHN J. "MIKE" McKETTA III
MIKE MILLS
DEBORAH PULLUM
NANCY J. STONE

EXECUTIVE DIRECTOR
& GENERAL COUNSEL
JENNY HODGKINS

EXECUTIVE ASSISTANT
JACKIE TRUITT

# THE BOARD OF DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT OF TEXAS

June 11, 2020

Thomas C. Retzlaff
PO Box 46424
Phoenix, AZ  85063-6424

    RE:  Disposition of Appeal Notice
           Thomas C. Retzlaff v. Jason Lee Van Dyke
           202001580; BODA Case No. 64377

Dear Mr. Retzlaff:

    On June 11, 2020, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rules(s) 8.04 (a)(2); 8.04 (a)(7)

    The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination whether there is just cause to believe that the attorney has committed professional misconduct. The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint. For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

    Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com. The Board's Internal Procedural Rules are available at www.txboda.org.

                                           Very truly yours,

                                           Jenny Hodgkins
                                           Executive Director & General Counsel

JH/jt

cc:    Jason Lee Van Dyke

       Office of the Chief Disciplinary Counsel
       State Bar of Texas
       PO Box 13287
       Austin, TX 78711
       (512) 427-1350
       (877) 953-5535 toll free

CHAIR
KATHY KINSER

VICE CHAIR
DAVID M. GONZALEZ

MEMBERS
JESSICA Z. BARGER
GUY D. CHOATE
JOSEPH E. CLEVELAND, JR
MIKE GREGORY
MICHAEL C. GROSS
KELLI M. HINSON
JOHN J. "MIKE" McKETTA III
MIKE MILLS
DEBORAH PULLUM
NANCY J. STONE

EXECUTIVE DIRECTOR
& GENERAL COUNSEL
JENNY HODGKINS

EXECUTIVE ASSISTANT
JACKIE TRUITT

# THE BOARD OF DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT OF TEXAS

June 11, 2020

Thomas C. Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

RE: Disposition of Appeal Notice
Thomas C. Retzlaff v. Jason Lee Van Dyke
202002182; BODA Case No. 64383

Dear Mr. Retzlaff:

On June 11, 2020, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rules(s) 4.04 (b); 8.04 (a)(3)

The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination whether there is just cause to believe that the attorney has committed professional misconduct. The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint. For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com. The Board's Internal Procedural Rules are available at www.txboda.org.

Very truly yours,

Jenny Hodgkins
Executive Director & General Counsel

JH/jt

cc: Jason Lee Van Dyke

Office of the Chief Disciplinary Counsel
State Bar of Texas
PO Box 13287
Austin, TX 78711
(512) 427-1350
(877) 953-5535 toll free