UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § § § § § § § | Case No. 6:20-mc-9-JDK |
| JASON LEE VAN DYKE | | |

**ORDER**

Before the Court are a motion for reconsideration by non-party Tom Retzlaff (Docket No. 8) and a motion to strike the motion for reconsideration by Jason Lee Van Dyke (Docket No. 9).

Local Rule AT-2(b)(2) provides the procedure governing reciprocal attorney discipline in this District. The Court's previous Order analyzed the current state of disciplinary orders against Mr. Van Dyke and imposed the identical discipline required under Local Rule AT-2(b)(2)(A). Docket No. 6. As the Court noted, Mr. Van Dyke remains subject to Local Rule AT-2(b)(4), requiring him to notify the Clerk of Court within thirty days of any loss of right to practice law before any state or federal court, including reciprocal disciplinary orders. The Court will consider Mr. Van Dyke's full record upon any application for reinstatement at the conclusion of his suspension period.

Accordingly, the Court **GRANTS** Mr. Van Dyke's motion to strike (Docket No. 9) and **STRIKES** Mr. Retzlaff's motion for reconsideration (Docket No. 8) from the record in this matter.

**So ordered and signed on this**
**Jun 22, 2020**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE