**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| | § | Case No. 6:20-mc-9-JDK |
| JASON LEE VAN DYKE | § | |
| | § | |

## <u>NOTICE OF RECIPROCAL DISCIPLINE</u>

Jason Lee Van Dyke ("Movant"), in obedience to the orders of this Honorable Court

and the local rules of practice before the Eastern District of Texas, files the attached order

concerning reciprocal discipline and interim suspension from the District of Columbia Court

of Appeals and notifies the Court of entry of the same.

Respectfully submitted,

<u>/s/ Jason Lee Van Dyke</u>
Jason Lee Van Dyke
SBN: 24057426
PO Box 2618
Decatur, TX 76234
P – (940) 305-9242
E – jasonleevandyke@protonmail.com