# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF § | |
| § | Case No. 6:20-mc-9-JDK |
| JASON LEE VAN DYKE § | |
| § | |

## MOTION TO REINSTATE

Jason Lee Van Dyke ("Movant") moved for reinstatement as a member of the bar in this district effective December 11, 2020. As grounds therefore, Movant states as follows:

1. On June 12, 2020, this Court suspended Movant from the practice of law in this district until December 11, 2020.

2. Movant has obeyed all of the orders of the Court contained in is reciprocal discipline order.

3. Movant has obeyed all of the orders of the 271st District Court in and for Wise County, Texas. As proof of such compliance, Movant tenders to this Court as Exhibit "1" a certificate of good standing from the State Bar of Texas.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court grant this motion and order that Movant be reinstated as a member of the bar of this Court effective December 11, 2020.

Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason Lee Van Dyke
Tex. Bar No. 24057426
PO Box 2618
Decatur, TX 76234
P – (940) 305-9242
E – jasonleevandyke@protonmail.com