# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF § | |
| § | |
| § | Case No. 6:20-mc-9-JDK |
| § | |
| § | |
| JASON LEE VAN DYKE § | |

## ORDER OF REINSTATEMENT

Before the Court is Jason Lee Van Dyke's motion for reinstatement as a member of the bar of the Eastern District of Texas (Docket No. 14).

On June 12, 2020, the Court suspended Mr. Van Dyke from the practice of law in this District for eighteen months, including an active suspension from June 12, 2020, through December 11, 2020, and a probated suspension from December 12, 2020, through December 12, 2021. Docket No. 6 at 5. As reciprocal discipline, Mr. Van Dyke was also required to comply with the terms and conditions of the April 30, 2020 Wise County order suspending him from practice in the State of Texas. *Id.*

In his motion, Mr. Van Dyke indicates that he has fulfilled the obligations of the Wise County order, and provides a certificate of good standing from the State Bar of Texas. Docket No. 14, Ex. 1.

Having determined that Mr. Van Dyke has complied with the terms of his suspension, the Court hereby **GRANTS** the motion. Jason Lee Van Dyke shall be reinstated as a member of the bar of the Eastern District of Texas, effective December 12, 2020. As per the Court's previous Order, Mr. Van Dyke remains on probation from December 12, 2020, through December 12, 2021.

So **ORDERED** and **SIGNED** this **9th** day of **December, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE