**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | § § § § | Case No. 6:20-mc-9-JDK |
| JASON LEE VAN DYKE | | |

**NOTICE CONCERNING RECIPROCAL DISCIPLINE**

Jason Lee Van Dyke ("Movant") files this notice and the attached Exhibit "A" in obedience to the prior orders of this Court and Local Rule AT-2(b)(4). Specifically, the undersigned notifies this Honorable Court that, on December 23, 2020, the Court of Appeals for the District of Columbia imposed reciprocal discipline on the undersigned counsel relating or pertaining to the exact same matter for which he was disciplined on April 30, 2020 by the State Bar of Texas and by this Court in the above-numbered and styled proceeding.

    Respectfully submitted,

    /s/ Jason Lee Van Dyke
    Jason Lee Van Dyke
    Bar No. 24057426
    PO Box 2618
    Decatur, TX 76234
    P – (940) 305-9242
    E – jasonleevandyke@protonmail.com