# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF § § § § | Case No. 6:20-mc-9-JDK |
| JASON LEE VAN DYKE | |

## MOTION TO TERMINATE PROBATED SUSPENSION

Jason Lee Van Dyke ("Movant") files this motion to terminate the probated portion of the Movant's suspension from the practice of law imposed by this Court as reciprocal discipline on June 12, 2020. As grounds therefore, Movant would show this Court as follows:

1. Movant was suspended from the practice of law before this Court on June 12, 2020 for a period of eighteen months, with the first six months actively served and the remainder probated. ECF 6.

2. On December 9, 2020, this Court ordered Movant reinstated as a member of the bar of this Court, effective December 12, 2020, on probation from December 12, 2020 – December 12, 2021. ECF 15.

3. Movant has complied with all terms of the probated portion of his suspension from the practice of law in Texas. His probation in Texas expired on November 1, 2021.

4. The term of Movant's probationary period in this Court has expired. There are no pending disciplinary actions against Movant in any jurisdiction where he is licensed except for the State of Georgia, which is still considering a petition for voluntary discipline filed by Movant relating or pertaining to the exact same conduct for which this Court imposed reciprocal discipline in this case.

WHEREFORE, premises considered, Movant prays that this Honorable Court enter a finding that Movant has satisfactory completed the probated portion of his suspension from the practice of law in this Court, discharge Movant from probation, and grant unto Movant all such further relief, in law and in equity, to which he may show himself to be justly entitled.

            Respectfully submitted,

            /s/ Jason Lee Van Dyke
            Jason Lee Van Dyke
            State Bar No. 24057426
            1417 E. McKinney Street, #110
            Denton, TX 76209
            P – (940) 382-1976
            F – (469) 453-3031
            C – (940) 305-9242
            Email:  jason@marsalalawgroup.com