IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § § | |
| | § | Case No. 6:20-mc-9-JDK |
| JASON LEE VAN DYKE | § § | |

## ORDER

On April 18, 2023, Respondent filed with this Court a copy of an opinion of the Georgia Supreme Court imposing discipline upon Respondent. The Court finds that the Georgia Supreme Court disciplined Respondent for the same conduct for which Respondent was previously disciplined by this Court in the above-captioned cause. It is accordingly ORDERED that no further discipline shall be imposed upon Respondent.