# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF § | |
| § | |
| § | Case No. 6:20-mc-9-JDK |
| § | |
| JASON LEE VAN DYKE § | |

## ORDER ON RECIPROCAL DISCIPLINE

On April 18, 2023, Jason Lee Van Dyke filed a Georgia Supreme Court opinion imposing discipline upon him. Docket No. 19. Mr. Van Dyke provided this opinion in accord with Local Rule AT-2(B)(4), which requires members of this bar to advise the district of any loss of the right to practice law before any other state or federal court.

Local Rule AT-2(b)(1) also imposes a requirement of reciprocal discipline for attorneys suspended or disbarred in other courts. However, as demonstrated by the provided opinion, the Georgia Supreme Court disciplined Mr. Van Dyke for the same conduct underlying his suspension by this Court in June 2020. Accordingly, the Court hereby **ORDERS** that no further discipline shall be imposed upon Mr. Van Dyke based on the provided Georgia Supreme Court opinion.

So **ORDERED** and **SIGNED** this **21st** day of **April, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE